**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

No. 99-7549

―――――――――――

JIMMY G. BLAKELY,

Plaintiff - Appellant,

versus

COUNTY OF GREENVILLE; GREENVILLE COUNTY DETEN-
TION CENTER; GERALD SEALS; JIM DORRIETY,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Margaret B. Seymour, District Judge.
(CA-98-2468-0-24)

―――――――――――

Submitted:  February 24, 2000      Decided:  March 3, 2000

―――――――――――

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Jimmy G. Blakely, Appellant Pro Se.  Russell W. Harter, Jr.,
CHAPMAN, HARTER & GROVES, P.A., Greenville, South Carolina, for
Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmy G. Blakely appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Blakely v. County of Greenville</u>, No. CA-98-2468-0-24 (D.S.C. Oct. 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>